# EXHIBIT 1

OKLAHOMA State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| ERICA SHOOK,<br>         Plaintiff, and<br>DAVID SHOOK,<br>         Plaintiff,<br>v.<br>GLEUE HARVESTING LLC, A/K/A AND OR D/B/A<br>GLEUE HARVESTING, A/K/A AND OR D/B/A<br>GLEUE, A/K/A AND OR D/B/A<br>GLEUE TRUCKING LLC, A/K/A AND OR D/B/A<br>GLEUE TRUCKING, A/K/A AND OR D/B/A<br>GLEUE FARMS LLC, A/K/A AND OR D/B/A<br>GLEUE FARMS, A/K/A AND OR D/B/A<br>GLEUE FARMS AND CATTLE LLC, A/K/A AND OR D/B/A<br>R&H GLEUE INC.,<br>         Defendant, and<br>KERRI RENEE GLEUE, A/K/A<br>KERRI R GLEUE, A/K/A<br>KERRI GLEUE,<br>         Defendant, and<br>FREDERIK HENDRIK BOUWER, A/K/A<br>FREDERIK H BOUWER, A/K/A<br>FREDERIK BOUWER, A/K/A<br>FRED BOUWER,<br>         Defendant, and<br>JOHN DOE, BUSINESS ENTITY,<br>         Defendant, and<br>JANE DOE,<br>         Defendant. | No. CJ-2022-934<br>**(Civil relief more than $10,000: AUTO NEGLIGENCE)**<br><br>Filed: 03/29/2022<br><br>Judge: Civil Docket G |

# PARTIES

BOUWER,  FREDERIK  HENDRIK, Defendant
GLEUE,  KERRI  RENEE, Defendant
GLEUE HARVESTING LLC, Defendant
S,  D, Minor
S,  L, Minor
SHOOK,  DAVID, Plaintiff
SHOOK,  ERICA, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| TRUSKETT, JOHN PAUL (Bar #20550)<br>TRUSKETT LAW FIRM PLLC<br>2921 E. 91ST ST SOUTH<br>STE 100<br>TULSA, OK 74137 | SHOOK, ERICA<br>SHOOK, DAVID |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**   Issue: AUTO NEGLIGENCE (AUTONEG)
Filed By: SHOOK, ERICA
Filed Date: 03/29/2022

| Party Name | Disposition Information |
|---|---|
| **Defendant:**<br>GLEUE HARVESTING LLC | |
| **Defendant:**<br>GLEUE, KERRI RENEE | |
| **Defendant:**<br>BOUWER, FREDERIK HENDRIK | |

**Issue # 2.**   Issue: AUTO NEGLIGENCE (AUTONEG)
Filed By: SHOOK, DAVID
Filed Date: 03/29/2022

| Party Name | Disposition Information |
|---|---|
| **Defendant:**<br>GLEUE HARVESTING LLC | |
| **Defendant:**<br>GLEUE, KERRI RENEE | |
| **Defendant:**<br>BOUWER, FREDERIK HENDRIK | |

## DOCKET

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|
| 03-29-2022 | [ TEXT ] | | | #1 | |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | |

| Date | Code | Description | Amount |
|---|---|---|---|
| 03-29-2022 | [ AUTONEG ] | AUTO NEGLIGENCE | |
| 03-29-2022 | [ DMFE ] | DISPUTE MEDIATION FEE | $ 7.00 |
| 03-29-2022 | [ PFE1 ] | PETITION — Document Available (#1051769981) TIFF PDF | $ 163.00 |
| 03-29-2022 | [ PFE7 ] | LAW LIBRARY FEE | $ 6.00 |
| 03-29-2022 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | $ 25.00 |
| 03-29-2022 | [ OCJC ] | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| 03-29-2022 | [ OCASA ] | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | $ 5.00 |
| 03-29-2022 | [ SSFCHSCPC ] | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 10.00 |
| 03-29-2022 | [ CCADMINCSF ] | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.00 |
| 03-29-2022 | [ CCADMIN0155 ] | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | $ 0.16 |
| 03-29-2022 | [ SJFIS ] | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | $ 0.45 |
| 03-29-2022 | [ DCADMIN155 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | $ 0.23 |
| 03-29-2022 | [ DCADMIN05 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | $ 0.75 |
| 03-29-2022 | [ DCADMINCSF ] | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.50 |
| 03-29-2022 | [ CCRMPF ] | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | $ 10.00 |
| 03-29-2022 | [ CCADMIN04 ] | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | $ 0.50 |
| 03-29-2022 | [ LTF ] | LENGTHY TRIAL FUND | $ 10.00 |
| 03-29-2022 | [ SMF ] | SUMMONS FEE (CLERKS FEE)-3 | $ 30.00 |

| | |
|---|---|
| **03-29-2022   [ SMIMA ]** | |
| SUMMONS ISSUED - MAILED BY ATTORNEY-3 | |
| **03-29-2022   [ TEXT ]** | |
| OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CIVIL DOCKET G TO THIS CASE. | |
| **03-29-2022   [ ACCOUNT ]** | |
| RECEIPT # 2022-4338500 ON 03/29/2022.  
PAYOR: TRUSKETT LAW FIRM PLLC TOTAL AMOUNT PAID: $ 272.14.  
LINE ITEMS:  
CJ-2022-934: $193.00 ON AC01 CLERK FEES.  
CJ-2022-934: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.  
CJ-2022-934: $1.66 ON AC31 COURT CLERK REVOLVING FUND.  
CJ-2022-934: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.  
CJ-2022-934: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.  
CJ-2022-934: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.  
CJ-2022-934: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.  
CJ-2022-934: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.  
CJ-2022-934: $25.00 ON AC79 OCIS REVOLVING FUND.  
CJ-2022-934: $10.00 ON AC81 LENGTHY TRIAL FUND.  
CJ-2022-934: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.  
CJ-2022-934: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | |
| **04-22-2022   [ MO ]** | |
| PLAINTIFFS' FIRST UNOPPOSED MOTION TO SERVE DEFENDANT BOUWER BY OTHER MEANS AND BORIEF IN SUPPORT / C TO J  
Document Available (#1052182541) 📄TIFF  📄PDF | |
| **04-29-2022   [ CTFREE ]** | |
| WALL, CAROLINE; GRANTED/ORDER; RE: MOTION TO SERVE; (PLACED IN COURT'S OUTBOX FOR COUNSEL TO PICK UP, FILE AND SERVE COPIES ON ALL PARTIES) | |