**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

ERICA SHOOK and DAVID SHOOK,          )
Individually and as Parents and Next     )
Friends of minors L.S. and D.S.,            )
                                                              )
            Plaintiffs,                                )
                                                              )
v.                                                            )     Case No.: 22-CV-208-JAR-MTS
                                                              )
GLEUE HARVESTING, LLC; and         )
KERRI RENEE GLEUE,                          )
                                                              )
            Defendants.                              )

## ORDER FOR PLAINTIFF'S PHYSICAL EXAMINATION

This matter comes before the Court on Defendants' Unopposed Motion for Rule 35 Examination of Plaintiff, David Shook (Docket No. 34), which the Court construes as only partially unopposed in light of Plaintiff's response to the Motion. After considering the parties' briefing on the matter and arguments of counsel at the hearing, the Court finds there is good cause for the physical examination of Plaintiff, and the Defendants' Unopposed Motion for Rule 35 Examination of Plaintiff, David Shook (Docket No. 34) is hereby **GRANTED**.

IT IS HEREBY ORDERED that Plaintiff David Shook shall submit to a physical examination on August 31, 2023, at 1:00 p.m. by Dr. Gregory Zeiders, 3414 Northwest 135th Street, Oklahoma City, Oklahoma 73120. The examination may include an ordinary clinical examination, including a physical examination of the areas of Plaintiff's body that were allegedly injured as a result of the subject accident. The examination may further include non-invasive tests such as range of motion tests and other common orthopedic tests to determine the cause and extent of Plaintiff's alleged injuries. Further, Plaintiff may be required to submit to diagnostic testing, if

deemed necessary by Dr. Zeiders.  Plaintiff may not have a representative or counsel present for the examination and may not record the examination.  However, Plaintiff is not required to complete any paperwork or patient history forms deemed necessary by Dr. Zeiders.

IT IS SO ORDERED this 30th day of August, 2023.

_____

MARK T. STEELE, MAGISTRATE JUDGE
UNITED STATES DISTRCT COURT